# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>DENISE CURRY<br>SSAN: XXX-XX-1900<br><br><br><br>Debtor(s) | Case No. 18-30455-WRS<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on February 20, 2018.

2. The debtor(s) §341 Meeting of Creditors was held April 12, 2018.

3. The debtor(s) overall pay record is 61%.

**(X)** This case does not appear to be feasible, as debtor's schedules show that she has insufficient income to fund her plan.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this May 07, 2018.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Tina J. Hayes*
_____
Tina J. Hayes
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.org

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this May 07, 2018.

    /s/*Tina J. Hayes*
    Tina J. Hayes
    Staff Attorney

Copy to:   DENISE CURRY
           142 SHADYSIDE LANE
           MONTGOMERY, AL 36105

           RICHARD D SHINBAUM (via electronic filing)